IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT GOLDEN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 4:17-CV-00284 |
| v. ) | |
| ) | |
| CHARLES MOUTRAY, et al., ) | |
| ) | |
| Defendants. ) | |

## CONSENT DISMISSAL WITH PREJUDICE OF MOUTRAY, WEISS AND BENJAMIN

COMES NOW, Plaintiff, by and through undersigned counsel, and hereby dismisses his claims against Defendants Charles Moutray, Kyle Weiss and Brian Benjamin with prejudice. Each party to bear their own costs. All Parties consent and have joined this motion.

PLEBAN & PETRUSKA LAW, L.L.C.　　　　PITZER SNODGRASS, P.C.

By: /s/ J.C. Pleban　　　　　　　　　　　By: /s/ Robert T. Plunkert (with permission)
　　J.C. Pleban, MO#63166　　　　　　　　　Peter J. Dunne #31482MO
　　jc@plebanlaw.com　　　　　　　　　　　Robert T. Plunkert #62064MO
　　C. John Pleban, MO#24190　　　　　　　100 South Fourth Street, Suite 400
　　cpleban@plebanlaw.com　　　　　　　　St. Louis, Missouri 63102-1821
　　Lynette M. Petruska, MO#41212　　　　(314) 421-5545
　　lpetruska@plebanlaw.com　　　　　　　(314) 421-3144 (Fax)
　　Steven R. Kratky, MO#61442　　　　　　*Attorneys for Defendant Brian Benjamin*
　　skratky@plebanlaw.com
　　2010 South Big Bend Blvd.
　　St. Louis, Missouri 63117
　　(314) 645-6666 – Telephone
　　(314) 645-7376 – Facsimile
　*Attorney for Plaintiff*

**BROWN & JAMES, P.C.**

By:  /s/ Jeffrey D. Lester (with permission)
    Bradley R. Hansmann, #53160
    Jeffrey D. Lester, #63028
    800 Market Street, 11th Floor
    St. Louis, MO 63101-2501
    314-421-3400
    314-421-3128 – FAX
    bhansmann@bjpc.com
    jlester@bjpc.com
    *Attorneys for Defendant Kyle Weis*

**FISHER, PATTERSON, SAYLER & SMITH, LLP**

By:   /s/ Portia C. Kayser (with permission)
    Portia C. Kayser, #63527MO
    1010 Market Street
    St. Louis, MO 63101
    Telephone: 314-561-3675
    Fax: 314-571-6792
    pkayser@fisherpatterson.com
    *Attorney for Defendant City of Pevely, MO*

**KING, KREHBIEL & HELLMICH, LLC**

By: /s/ William A. Hellmich (with permission)
    William A. Hellmich,#31185MO
    2000 South Hanley Road
    St. Louis, MO 63144-1524
    Phone: (314) 646-1110
    Fax:    (314) 646-1122
    E-mail: bhellmich@kkhhb.com
    *Attorney for Defendant Charles Moutray*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document filed through the Federal Efiling System will be sent electronically to registered participants this 28th day of August, 2018.

                /s/ J.C. Pleban