IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT GOLDEN, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 4:17-CV-00284 |
| v. | ) |
| | ) |
| CHARLES MOUTRAY, et al., | ) |
| | ) |
| Defendants. | ) |

### CONSENT DISMISSAL WITH PREJUDICE OF CITY OF PEVELY

COMES NOW, Plaintiff, by and through undersigned counsel, and hereby dismisses his claims against Defendant City of Pevely with prejudice. Each party to bear their own costs. The remaining party, Pevely, consents and joins this motion.


PLEBAN & PETRUSKA LAW, L.L.C.

By: /s/ J.C. Pleban
    J.C. Pleban, MO#63166
    jc@plebanlaw.com
    C. John Pleban, MO#24190
    cpleban@plebanlaw.com
    Lynette M. Petruska, MO#41212
    lpetruska@plebanlaw.com
    Steven R. Kratky, MO#61442
    skratky@plebanlaw.com
    2010 South Big Bend Blvd.
    St. Louis, Missouri 63117
    (314) 645-6666 – Telephone
    (314) 645-7376 – Facsimile
    *Attorney for Plaintiff*

**FISHER, PATTERSON, SAYLER & SMITH, LLP**

By: /s/ Portia C. Kayser (with permission)
    Portia C. Kayser, #63527MO
    1010 Market Street
    St. Louis, MO 63101
    Telephone: 314-561-3675
    Fax: 314-571-6792
    pkayser@fisherpatterson.com
    *Attorney for Defendant City of Pevely, MO*

## CERTIFICATE OF SERVICE

The undersigned certifies that this document filed through the Federal Efiling System will be sent electronically to registered participants this 5th day of September, 2018.

/s/ J.C. Pleban